IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Pinkey A | Case Number: 04 B 02206 |
| | Judge: Squires, John H |
| Printed: 4/15/08 | Filed: 1/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 18, 2008
Confirmed: March 10, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,619.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 5,525.74 |
| Priority: | | 0.00 |
| Administrative: | | 2,655.20 |
| Trustee Fee: | | 437.71 |
| Other Funds: | | 0.35 |
| Totals: | 8,619.00 | 8,619.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,655.20 | 2,655.20 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 653.70 | 653.70 |
| 5. | First Consumers National Bank | Unsecured | 172.96 | 172.96 |
| 6. | Discover Financial Services | Unsecured | 460.08 | 460.08 |
| 7. | Resurgent Capital Services | Unsecured | 440.75 | 440.75 |
| 8. | ECast Settlement Corp | Unsecured | 47.47 | 47.47 |
| 9. | Resurgent Capital Services | Unsecured | 317.41 | 317.41 |
| 10. | RoundUp Funding LLC | Unsecured | 74.15 | 74.15 |
| 11. | First North Amer Visa | Unsecured | 534.41 | 534.41 |
| 12. | RoundUp Funding LLC | Unsecured | 423.43 | 423.43 |
| 13. | ECast Settlement Corp | Unsecured | 877.05 | 877.05 |
| 14. | Card Service Center | Unsecured | 794.60 | 794.60 |
| 15. | RJM Acquisitions LLC | Unsecured | 162.00 | 162.00 |
| 16. | Retailers National Bank | Unsecured | 85.58 | 85.58 |
| 17. | ECast Settlement Corp | Unsecured | 145.62 | 145.62 |
| 18. | ECast Settlement Corp | Unsecured | 210.38 | 210.38 |
| 19. | Capital One | Unsecured | 126.15 | 126.15 |
| 20. | Specialized Management Consultants | Unsecured | 65.51 | 0.00 |
| 21. | Simm Associates Inc | Unsecured | | No Claim Filed |
| 22. | Universal Fidelity Corp | Unsecured | | No Claim Filed |
| 23. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Pinkey A

Printed: 4/15/08

Case Number: 04 B 02206
Judge: Squires, John H
Filed: 1/20/04

|  |  |
|---|---|
| _____ | _____ |
| $ 8,246.45 | $ 8,180.94 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 22.58 |
| 4% | 43.10 |
| 6.5% | 98.47 |
| 3% | 16.28 |
| 5.5% | 98.76 |
| 5% | 31.61 |
| 4.8% | 57.51 |
| 5.4% | 69.40 |
|  | _____ |
|  | $ 437.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____